

**SO ORDERED.**
SIGNED this 13th day of March, 2014

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
John C. Cook
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:                                                CASE NO. 10-16707
RUBENIA ARTELLE MANTOOTH
    Debtor(s)                                         CHAPTER 13

ORDER GRANTING MOTION TO MODIFY
AND CONFIRMING MODIFIED PLAN

The debtor has filed a motion to modify the confirmed chapter 13 plan. It appearing that all affected creditors have been served with copies of the motion, the proposed modified plan, and the required Notice; that no objections have been filed or any objections have been overruled or withdrawn; and that the modified plan meets the requirements of the Bankruptcy Code;

IT IS ORDERED THAT:

1. The motion of the debtor to modify is granted;

2. The proposed modified plan, a copy of which is attached, is hereby confirmed and is the plan of the debtor.

###

APPROVED FOR ENTRY BY:
/s/ C. Kenneth Still, Trustee
C. Kenneth Still, Trustee
P.O. Box 511
Chattanooga, TN 37401

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

In re:  Rubenia Artelle Mantooth                Case No. 10-16707
                                                Chapter 13

MODIFIED PLAN TO SURRENDER MOTORCYCLE,
INCREASE IN EXPENSES
& CLAIMS FILED
February 4, 2014

1. **Payments and Term.**
   The debtors will pay the chapter 13 trustee as follows: **TO BE PAID $380.00 MONTHLY VIA DIRECT PAY.**

2. **Priority Claims (including administrative expenses).**
   (a) All administrative expenses under 11 U.S.C. §§ 503(b) & 1326 will be paid in full, including fees to the debtor's attorney.

   (b) Except as provided in paragraph 6 below, claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments, with tax claims paid as priority, secured, or unsecured in accordance the filed claim.

3. **Secured Claims.**

   (a) *Cramdowns.* The holders of the following allowed secured claims retain the liens securing such claims and will be paid by the trustee the value of the security in the manner specified below. The portion of any allowed claim that exceeds the value indicated will be treated as an unsecured claim under paragraph 4(1) below.

| Creditor | Collateral | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| CBTFCU | 1998 Dodge Ram | ~~$1,032.71~~ $2500.00 | $53.00 | 7.25% |

   (b) *Surrender.* The debtor will surrender the following collateral and the creditor will have an allowed deficiency claim which will be paid as unsecured under paragraph 4(a) below.

| Creditor | Collateral to Be Surrendered |
|---|---|

   *Long-Term Mortgages.* The holders of the following mortgage claims will retain their liens and will be paid monthly maintenance payments which will extend beyond the life of the plan. Any arrearage amount set forth below is an estimate; arrearage claims will be paid in full in the amount in the filed claim, absent an objection. Increases in the monthly maintenance payments during the life of the plan will be paid by the indicated payer.

| Creditor | Estimated Arrearage | Arrearage Interest Rate | Arrearage Monthly Payment | Maintenance Payment | Payment by: (Trustee or Debtor) |
|---|---|---|---|---|---|
| 21st Mortgage Corp. | | | $28.00 | $216.26 | Trustee |

   *De Novo Review.* Notwithstanding any provision of this plan, the secured status and classification of any purported secured claim are subject to *de novo* review on the request of any party in interest made within 90 days following the filing of the claim or the expiration of the deadline for filing proofs of claim, whichever comes later.

4. **Unsecured Claims.**

(a) *Nonpriority.* Except as provided in subparagraph(b) and in paragraph 6 below, allowed nonpriority unsecured claims will be paid pro rata. **Base $24,165.00**

5. **Executory Contracts and Unexpired Leases.** Except the following which are assumed, all executory contracts and unexpired leases are rejected, with any claim arising from the rejection to be paid as unsecured as provided in paragraph 4(a) above:

| *Other Party to Contract* | *Property Description* | *Contract Number* |
|---|---|---|

6. **Special Provisions.** (such as co-signed debts, debts paid by third party, student loans, special priority debts)

**eCAST SETTLEMENT CORP** -To be surrendered ~~in full satisfaction of the debt.~~
**(2007 Yamaha Motorcycle)**

| *Creditor* | *Property Description* | *Debt* | *Estimated Payment* | *Interest Rate* | *Payment By: (Trustee or Debtor)* |
|---|---|---|---|---|---|

7. **Liens to be avoided under §§506 & 522(f).** Confirmation of this plan shall constitute an order avoiding the liens of the following creditors:

**Security Finance (misc. items)**
**World Finance (misc. items)**

8. **Property of the Estate.** All property of the Debtor(s) is included as property of the estate and shall remain so until discharge unless otherwise ordered by the court.

Date: 2/4/14

Signature /s/
RICHARD BANKS & ASSOCIATES, P.C.
Richard L. Banks #000617
Rebble S. Johnson #011548
Andrew B. Morgan #026879
Attorney for debtor(s)
PO Box 1515
Cleveland, TN 37364-1515
423-479-4188

Date: 2/4/14

Signature: /s/ Rubenia Artelle Mantooth
Rubenia Artelle Mantooth, Debtor